

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00517-CV

_____

IN RE J.R.J., Relator

Original Proceeding
481st District Court of Denton County, Texas
Trial Court No. 23-8629-481

Before Walker, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, real party in interest response, and relator's reply and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus  is  denied.

Per Curiam

Delivered:  October 31, 2025